LAWRENCE G. BROWN
Acting United States Attorney
ELLEN V. ENDRIZZI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2716

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | ) No. 2:07-cr-447 |
| | ) |
| Plaintiff, | ) **UNITED STATES' APPLICATION TO FILE** |
| | ) **UNDER SEAL ATTACHMENTS 4 & 5 OF ITS** |
| v. | ) **MEMORANDUM IN ANTICIPATION OF** |
| | ) **DEFENDANT'S TSR VIOLATION HEARING;** |
| TANGELAR HOUSTON, | ) **PROPOSED ORDER** |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

   By and through its undersigned attorneys, Plaintiff United States of America hereby requests that Attachments 4 and 5 to its Memorandum in Anticipation of Defendant's Supervised Release Revocation Hearing be filed under seal.

   As set forth in Local Rule Crim. 32-461(a), governing the disclosure of other probation records, "[t]he reports, probation supervision records, and other confidential records maintained by the probation office are confidential records of the United States District Court.  Such records shall be disclosed only to the Court, unless further disclosure is authorized by order of the Court.

   The defendant in the above-captioned matter contests the

1

allegation that she violated her term of supervised release.  The matter is set before this Court for hearing on June 5, 2009, at 11:00 a.m.  The United States seeks to submit to the Court a pre-hearing brief, which attaches the relevant documentary evidence.  Of the five attachments, three are publicly available, and the last two are records held by the probation officer.  The parties were provided these probation records in anticipation of the hearing; however, as they are payment and salary records contained in the probation file, they should be protected from public disclosure.

For the reasons set forth above, the United States respectfully requests that Attachments Four and Five to its Memorandum in Anticipation of Defendant's Supervised Release Revocation Hearing be filed under seal.

DATED: June 1, 2009

                           Respectfully submitted,

                           LAWRENCE G. BROWN
                           Acting United States Attorney

                By:  /s/ Ellen V. Endrizzi

                           ELLEN V. ENDRIZZI
                           Assistant U.S. Attorney

**O R D E R**

Good cause having been shown, Attachments Four and Five to the United States' Memorandum in Anticipation of Defendant's Supervised Release Revocation Hearing shall be filed UNDER SEAL.

Dated:  June 1, 2009

                           _____
                           GARLAND E. BURRELL, JR.
                           United States District Judge