```
LAWRENCE G. BROWN
Acting United States Attorney
ELLEN V. ENDRIZZI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2716
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | No. 2:07-cr-447 |
| Plaintiff, | **UNITED STATES' APPLICATION TO CONTINUE TSR HEARING DATE; ORDER** |
| v. | |
| TANGELAR HOUSTON, | |
| Defendant. | |

By and through its undersigned attorneys, Plaintiff United States of America hereby requests that the supervised release hearing that is currently set for tomorrow, June 5, 2009, at 11:00 a.m., be reset to June 19, 2009, at 11:00 a.m.

The United States makes this motion because today the defense requested, pursuant to Rule 26.2 of the Federal Rules of Criminal Procedure, a copy of Defendant Houston's probation file. I have spoken with the Probation Officer in this matter, John Poglinco, and he opposes a wholesale release of the file due to the confidential nature of the contents of probation files and the statements contained therein.  Therefore, the United States seeks time to oppose defendant's request in writing and allow the

1

1  Court to make a determination in this preliminary matter.
2  Further, if the Court ultimately decides that statements
3  contained in the probation file are discoverable, the United
4  States will request an in camera review of the documents to
5  identify those that are relevant and material to the defense of
6  the alleged supervised release violation.  Therefore, the United
7  States requests until June 9, 2009, to file its opposition.

DATED: June 4, 2009
       2:30 p.m.

                                        Respectfully submitted,

                                        LAWRENCE G. BROWN
                                        Acting United States Attorney

                          By:  /s/ Ellen V. Endrizzi

                                        ELLEN V. ENDRIZZI
                                        Assistant U.S. Attorney

### **O R D E R**

Good cause having been shown,

The hearing scheduled in United States v. Houston, 2:07-cr-447 GEB, for June 5, 2009 is hereby vacated and the date is reset to June 19, 2009, at 11:00 a.m.

Further, the United States has until June 9, 2009, to file an opposition to the defendant's request for discovery of the contents and/or statements contained in the probation file.

IT IS SO ORDERED.

Dated: June 4, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge