```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  ELLEN V. ENDRIZZI
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2716
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:07-cr-447 GEB |
|---|---|
| Plaintiff, | ) STIPULATION RESETTING |
| | ) EVIDENTIARY HEARING DATE; |
| v. | ) [PROPOSED] ORDER |
| TANGELAR HOUSTON, | ) |
| Defendant. | ) |

The parties, by and through their undersigned counsel, HEREBY STIPULATE AND AGREE to reset the evidentiary hearing, currently scheduled before this Court for July 31, 2009, at 1:30 p.m., to August 21, 2009, at 1:30 p.m.  According to the Court's deputy, this date is available and this timing will allow the parties to comply with or appeal the magistrate court's order pertaining to the motion to compel.

Dated:  July 31, 2009                    Respectfully submitted,

                                         LAWRENCE G. BROWN
                                         United States Attorney

                                    By:  /s/ Ellen V. Endrizzi

                                         ELLEN V. ENDRIZZI
                                         Assistant U.S. Attorney

1

Stipulation and Order Setting Dates

```
                                    DANIEL J. BRODERICK
                                    Federal Public Defender

                              By:   /s/ Ellen V. Endrizzi for

                                    LAUREN CUSICK
                                    Assistant Federal Public Defender
                                    Attorney for Defendant Houston
```

## **O R D E R**

As the parties have stipulated, the continuation of the evidentiary hearing in the above-captioned matter is reset for August 21, 2009, at 1:30 p.m., and the earlier hearing date of July 31, 2009 is vacated.

IT IS SO ORDERED.

Dated:  August 3, 2009

```
                         _____
                         GARLAND E. BURRELL, JR.
                         United States District Judge
```

Stipulation and Order Setting Dates