IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES,                      )
                                    )
          Plaintiff,                )    2:07-cr-00447-GEB-1
                                    )
     v.                             )    ORDER
                                    )
TANGELAR HOUSTON,                   )
                                    )
          Defendant.                )
_____)
```

         An evidentiary hearing was held on August 21, 2009 on whether supervised releasee and defendant Tangelar Houston ("Houston") violated supervised release condition four.  This condition obligates Houston to "make periodic payments of at least ten percent (10 %) of her gross monthly income toward the outstanding balance of restitution unless the probation office demonstrates to the court that the payment of a lessor amount is warranted under the circumstances."  The condition was imposed in another district.

         Houston testified during the hearing that her probation officer in another district recognized Houston's financial condition was such that during the time she was in that district she could not satisfy this restitution obligation.  Notwithstanding what happened in

1

that district, Houston disregarded her restitution obligation during most of the months from May 2008 through January 2009 in this district, as stated in the petition filed March 20, 2009 in which Houston is charged with violating condition four.  However, rather than investing more time figuring out the precise nature of Houston's violation of condition four and whether her supervised release should be revoked because of the violation, condition four is modified as follows: The defendant shall make a monthly restitution payment of at least ten percent (10 %) of her gross monthly income toward the outstanding balance of restitution unless the Defendant demonstrates to the Probation Office that payment of a lesser amount is warranted.

Houston has the right to appeal from this judgment. If Houston wishes to appeal, she must file a written notice of appeal with the Clerk of this Court within 10 days from the entry of this judgment.  If Houston cannot afford the costs of an appeal, she will be permitted to proceed in forma pauperis.  If Houston cannot afford counsel, one will be appointed to represent her.  If the Government wishes to appeal, it must file notice of appeal within 30 days from the entry of this judgment.

Dated:  September 22, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge