UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

                            RE:    Tangelar HOUSTON
                                      Docket Number:  2:07CR00447
                                      **REQUEST FOR A HEARING ON**
                                      **VIOLATION PETITION**

Your Honor:

On August 11, 2010, the probation office filed a violation petition with the Court requesting a warrant in regards to the above named offender. The petition alleged one charge, New Law Violation, and recommended issuance of a warrant. The Court signed the petition and issued the warrant filed August 11, 2010.

At the time of the issuance of the warrant, the offender was in custody on new state charges in the State of Colorado, Adams County. The Court's warrant was lodged as a detainer against Ms. Houston at the Adams County Jail in Colorado.

On October 8, 2010, Ms. Houston pled guilty to two counts of felony theft. Her sentencing on the state charges is set for February 14, 2011. After pleading guilty, Ms. Houston bonded out from state custody, at which time, Your Honor's warrant was executed and she was brought to federal custody. She appeared before a Federal Magistrate Judge in Denver, Colorado, on Friday, October 22, 2010, at which time she was released and ordered to contact the undersigned. Ms. Houston has been in contact with the undersigned since her release. Ms. Houston is residing with her sister in Woodland, California.

The undersigned is requesting that Your Honor place the violation matter on the Court's criminal calendar for Friday, October 29, 2010, at 9:00 a.m. for an admit or deny hearing on the petition filed August 10, 2010.

**RE:**   Tangelar HOUSTON
   Docket Number:   2:07CR00447
   <u>**REQUEST FOR A HEARING ON VIOLATION PETITION**</u>

Respectfully submitted,

/s/Glenn P. Simon
**GLENN P. SIMON**
Senior United States Probation Officer

Dated:   October 26, 2010
   Sacramento, California
   GPS/cp

**REVIEWED BY:**   /s/Terence E. Sherbondy
   **TERENCE E. SHERBONDY**
   **Deputy Chief United States Probation Officer**

cc:   Ellen Endrizzi
   Assistant United States Attorney

   Ben Galloway
   Defense Counsel

_____

AGREE:  ___X_____          DISAGREE: _____

Dated: October 28, 2010

GARLAND E. BURRELL, JR.
United States District Judge

**RE:     Tangelar HOUSTON
         Docket Number:   2:07CR00447
         <u>REQUEST FOR A HEARING ON VIOLATION PETITION</u>**