DANIEL J. BRODERICK, #89424
Federal Defender
BENJAMIN GALLOWAY, Bar #214897
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
TANGELAR HOUSTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 07-447 GEB |
| Plaintiff, | |
| v. | ORDER TO SEAL DISPOSITIONAL MEMORANDUM AND DECLARATION OF BENJAMIN D. GALLOWAY |
| TANGELAR HOUSTON, | |
| Defendant. | Date: January 21, 2011<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY ORDERED that the Request to Seal be granted and that the documents and the request be filed under seal, permitting Assistant United States Attorney Dominique Thomas and Probation Officer Glenn Simon access to these documents unless otherwise ordered by this Court at a later time.

Dated: January 21, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge